

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Grissel A. Velasco, | § | No. 08-19-00287-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| Michiel Noe, M.D., Individually and DBA Sun City Women's Health Care, | § | of El Paso County, Texas |
| | § | (TC# 2016-DCV2658) |
| Appellees. | § | |
| | § | |
| | § | |

## O R D E R

The Court on its own motion, VACATES the January 28, 2021 submission and oral argument setting.  The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 19th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)